IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-323-KDB-DCK

| | |
|---|---|
| THE TERRACES AT OAKHURST OWNERS ASSOCIATION, INC., | )<br>)<br>) |
| Plaintiff, | ) **ORDER**<br>) |
| v. | )<br>) |
| THE HANOVER AMERICAN INSURANCE COMPANY, | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Stay Proceedings Pending Completion Of Appraisal" (Document No. 11) filed July 3, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and following consultation with Judge Bell's chambers, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Stay Proceedings Pending Completion Of Appraisal" (Document No. 11) is **GRANTED**. This matter is **STAYED** pending completion of the underlying appraisal process.

**IT IS FURTHER ORDERED** that the parties shall file a Joint Status Report on or before **September 4, 2024**.

**SO ORDERED**.

Signed: July 8, 2024

David C. Keesler
United States Magistrate Judge